# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

ADAM GEORGE MOORE,

Plaintiff,

v.

DIAGNOSTIC IMAGING OF SOUTHERN NEVADA,

Defendant.

Case No.:  2:14-cv-01534-RFB-NJK

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE**

Before the Court for consideration is the Report and Recommendation (ECF No. 8) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered January 16, 2015.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  A party may file specific written objections to the findings and recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a).  When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b).  Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

. . .

Pursuant to Local Rule IB 3-2(a), objections were due by February 2, 2015. No objections have been filed.  The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s) that this action be DISMISSED without prejudice to Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a completed application to proceed in forma pauperis. IT IS FURTHER RECOMMENDED that the Clerk of the Court enter judgment accordingly.

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 8) is **ACCEPTED and ADOPTED in full**.

**IT IS ORDERED** that the Amended Complaint is dismissed without prejudice.

**IT IS ORDERED** that the Clerk of Court shall mail a copy of this Findings and Recommendation and Order to Plaintiff Adam George Moore, 1020 East Desert Inn Road. Apt 204, Las Vegas, NV. 89109

**The Clerk shall enter judgment accordingly and close case.**

**DATED** this 7th day of May, 2015.

_____

RICHARD F. BOULWARE, II.
United States District Court Judge